**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1226**

MUYAPENDE WILLY KANKU,

              Petitioner,

     v.

JEFFERSON B. SESSIONS III, Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  May 10, 2018                         Decided:  May 18, 2018

Before NIEMEYER, WYNN, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Muyapende Willy Kanku, Petitioner Pro Se.  Aric Allan Anderson, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muyapende Willy Kanku, a native and citizen of the Democratic Republic of the Congo, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's denial of his application for adjustment of status. After thoroughly reviewing the record and Kanku's claims, we conclude that substantial evidence supports the Board's decision. *See Djadjou v. Holder*, 662 F.3d 265, 273 (4th Cir. 2011) (noting that the adverse credibility finding is reviewed for substantial evidence). We also conclude that Kanku failed to show that he was denied due process. *See Anim v. Mukasey*, 535 F.3d 243, 256 (4th Cir. 2008) (stating elements of due process claim in removal proceeding). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*